FILED
CLERK, U.S. DISTRICT COURT

JUN - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN E. MOHR, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of the <br> Social Security Administration, <br><br> Defendant. | NO. CV 06-00065-R (MAN) <br><br><br> JUDGMENT |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that judgment is entered in favor of the Commissioner of the Social Security Administration and this action is dismissed with prejudice.

DATED: June 5, 2008.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE